IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM G. WOOD, | * | |
| SEASIDE SEAFOOD, INC., | * | |
| | * | |
| Petitioners, | * | |
| | * | |
| v | * | Civil Action No.  JKB-15-3311 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| JOHN KOSKINEN, Commissioner of | * | |
|   Internal Revenue, | * | |
| JALAL M. ABUL-HUDA, Revenue Agent, | * | |
| | * | |
| Respondents. | * | |
| | *** | |

**O R D E R**

Petitioners William G. Wood ("Wood") and Seaside Food, Inc., have filed a petition to quash a third party Internal Revenue Service summons and Wood moves for leave to proceed in forma pauperis.

Wood's financial statement does not satisfy the information requirements of this district, and he will be granted fourteen days to complete and submit the pre-printed court approved financial form sent with this order.  He is cautioned that failure to comply within this time may result in dismissal of this matter without prejudice.

The local rules of this district provide that only individuals who are parties in a civil case may represent themselves. *See* Local Rule 101.1(a) (D. Md. 2014).  Parties other than individuals must be represented by counsel. *Id.* As such, Wood may proceed as a self-represented litigant in this case. Seaside Food, Inc. is a corporation, and must be represented by a member of the Bar of this court. Seaside Food Inc. will be granted twenty-eight days to obtain counsel or will be

dismissed from this action. A copy of this order will be sent to Seaside Seafood, Inc., 1701 Crain Highway, Glen Burnie, MD 21061, at the address listed on the IRS summons. (ECF 1-1).

Accordingly, it is this 9th day of November, 2015, by the United States District Court for the District of Maryland, hereby ordered:

1. Wood IS GRANTED fourteen days to submit a supplemental financial statement using the accompanying form;

2. Seaside Seafood, Inc. IS GRANTED twenty-eight days to obtain counsel and for counsel to enter an appearance;

3. The Clerk SHALL SEND a copy of this order and a financial affidavit form for filing a motion to proceed in forma pauperis to William G. Wood; and

4. The Clerk SHALL SEND a copy of this order to Seaside Seafood, Inc., 1701 Crain Highway, Glen Burnie, MD 21061.

_____/s/_____
James D. Bredar
United States District Judge